1 | LYNN HUBBARD, III, SBN 69773
2 | SCOTTLYNN J HUBBARD IV, SBN 212970
    DISABLED ADVOCACY GROUP, APLC
    12 WILLIAMSBURG LANE
3 | CHICO, CA 95926
    Telephone: (530) 895-3252
4 | Fax: (530) 894-8244

5 | Attorneys for Plaintiff

7 | CRIS VAUGHAN, SBN 99568
    VAUGHAN & ASSOCIATES
    6207 South Walnut, Suite 800
8 | Loomis, CA 95650
    Telephone: (916) 660-9401
9 | Fax: (916) 660-9378

10 | Attorney for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT DODSON,                              Case No. 2:06-cv-1705-FCD-EFB

    Plaintiff,

v.                                          **STIPULATION OF DISMISSAL AND ORDER THEREON**

FORTY-NINER TRUCK PLAZA dba SILVER SKILLET & SACRAMENTO 49ER TRAVEL PLAZA; FNTP INVESTMENT COMPANY, LLC,

    Defendants.
_____/

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, ROBERT DODSON, and defendants, FORTY-NINER TRUCK PLAZA dba SILVER SKILLET & SACRAMENTO 49ER TRAVEL PLAZA and FNTP INVESTMENT COMPANY, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: November 1, 2007           DISABLED ADVOCACY GROUP, APLC


     /s/ Lynn Hubbard, III
     LYNN HUBBARD, III
     Attorney for Plaintiff

Dated: November 1, 2007           VAUGHAN & ASSOCIATES


     /s/ Cris Vaughan
     CRIS VAUGHAN
     Attorney for Defendants

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-06-01705-FCD-EFB, is hereby dismissed with prejudice.

Dated: November 1, 2007

     FRANK C. DAMRELL, JR.
     UNITED STATES DISTRICT JUDGE